# Court of Appeals
# of the State of Georgia

ATLANTA,   October 04, 2013   

*The Court of Appeals hereby passes the following order:*

**A14D0045.  MICHAEL ALFRED MAESTREY v. THE STATE.**

Michael Maestrey filed this application for discretionary appeal from the trial court's order denying his plea in bar, which was based on constitutional speedy trial grounds. We lack jurisdiction.

The Supreme Court of Georgia has recently ruled that to obtain immediate appellate review of such an order, a defendant must follow the interlocutory appeal procedures of OCGA § 5-6-34 (b). *Sosniak v. State*, 292 Ga. 35 (2) (734 SE2d 362) (2012); see also *Stevens v. State*, 292 Ga. 218 (734 SE2d 743) (2012).  Accordingly, Maestrey was required to obtain a certificate of immediate review from the trial court in order to confer jurisdiction upon this Court.  Maestrey sought a certificate of immediate review, but the court declined to issue a certificate. Maestrey nevertheless filed this application for interlocutory appeal, asserting erroneously that his petition for a certificate was granted.

Generally, an appellate court will not review the discretion vested in the trial court to grant or refuse a certificate for immediate review of interlocutory rulings. See *Scruggs v. Georgia Dept. of Human Resources,* 261 Ga. 587, 588 (1) (408 SE2d 103) (1991); *B & D Fabricators v. D.H. Blair Inv. Banking Corp.*, 220 Ga. App. 373, 375 (3) (469 SE2d 683) (1996).  Because the absence of a certificate precludes our review of this application, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* __10/04/2013__
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

         *Stephen E. Castlen* _____ *, Clerk.*